# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-3054
_____

CLARA JOSEPH,

    Appellant,

    v.

CONSULATE HEALTH CARE d/b/a
Central Park Healthcare &
Rehabilitation, XL SPECIALTY
INSURANCE COMPANY,
ALTERNATIVE SERVICE
CONCEPTS,

    Appellees.

_____


On appeal from the Office of the Judges of Compensation Claims.
Robert A. Arthur, Judge.

Date of Accident:  January 30, 2019.

January 24, 2024

PER CURIAM.

The Court dismisses this appeal for lack of jurisdiction. *See* Fla. R. App. P. 9.180(b)(3); Fla. R. App. P. 9.410.

ROWE, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Clara Joseph, pro se, Appellant.

William H. Rogner of HR Law, P.A., Orlando, for Appellees.